# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144256

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 144256
                                      COA: 299814
                                      St. Clair CC: 10-000598-FC

JOE GUY GALVAN,
     Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

                           Clerk

d0123